1

2

3                                                                    O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  LEIGH ANN LAWRENCE,           )  Case No. CV 12-06024 DDP (JCx)
                                   )
12                 Plaintiff,      )  **ORDER TO SHOW CAUSE WHY THIS**
                                   )  **ACTION SHOULD NOT BE REMANDED FOR**
13       v.                        )  **LACK OF SUBJECT MATTER**
                                   )  **JURISDICTION**
14  L-3 COMMUNICATIONS             )
    CORPORATION; L-3 DATRON        )
15  ADVANCED TECHNOLOGIES; and     )
    L-3 SERVICES, INC.,            )
16                                 )
                   Defendants.     )
17                                 )
    _____  )
18

19       It is not clear to the court that the amount in controversy in

20  this matter exceeds $75,000, as is required to establish diversity

21  jurisdiction under 28 U.S.C. § 1332.

22       Accordingly, the parties are ordered to file cross-briefs, not

23  to exceed ten pages, by no later than Thursday, September 27, 2012,

24  to show cause why this action should not be remanded for failure to

25  satisfy the amount in controversy requirement.  The parties should

26  also deliver a courtesy copy to chambers, Room 244-J, Second Floor,

27  312 N. Spring Street, Los Angeles.

28  ///

1      The court notes that Defendant has the burden of establishing

2  removal jurisdiction.  If a party does not file a brief, the court

3  will regard that party as not opposing remand of this matter.

4

5  IT IS SO ORDERED.

6

7

8  Dated: September 17, 2012

9                    DEAN D. PREGERSON
                     United States District Judge