Kevin C. Boyle, Esq. (SBN: 190533)
Stephen J. Reiss (SBN:58106)
LAW OFFICES OF KEVIN C. BOYLE
5000 N. Parkway Calabasas, Suite 203
Calabasas, CA 91302

Telephone: (818) 591-1755
Facsimile:   (818) 591-1756

Attorney for Plaintiff,
LEIGH ANN LAWRENCE

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LEIGH ANN LAWRENCE, <br><br> Plaintiff, <br><br> vs. <br><br> L-3 COMMUNICATIONS CORPORATION, et al., <br><br> Defendants. | CASE NO. CV12-06024-DDP (JCx) <br><br> JUDGEMENT AS TO DEFENDANT L-3 COMMUNICATIONS PURSUANT TO RULE 68 OFFER |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court, having received plaintiff's written acceptance of defendant's Rule 68 Offer, and in accordance with the offer and Rule 68, hereby orders that judgement be entered according to the terms of the Rule 68 offer.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is entered in favor of Plaintiff and against Defendant in the amount of $175,000.

Dated: November 22, 2013

HON. DEAN D. PREGERSON
U.S. DISTRICT JUDGE